IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:  
Eduardo A. Vargas

Case No. __18-bk-74122__

Chapter 7

Debtor(s).

## AFFIDAVIT PURSUANT TO LOCAL RULE 1009-1(a)

__Eduardo A. Vargas__, undersigned debtor herein, swears as follows:

1. Debtor filed a petition under chapter _7_ of the Bankruptcy Code on __June 10, 2018__.

2. Amendments to Schedules D & I previously filed herein.

3. The specific additions or corrections to the affected schedule(s) are a change in the name of the secured creditor from CITImortgage to Mr. Cooper on Schedule D and the nature of the change to Schedule I is indicated as the identification of a second job for which the debtor is employed.

4. An amended mailing matrix was annexed to the Amended Schedules, listing added creditors **ONLY**, in the format prescribed by Local Rule 1007-2(b)(i).

Dated: August 21, 2018

KENDRA WETTERHAHN  
NOTARY PUBLIC, STATE OF NEW YORK  
Registration No. 01WE6333047  
Qualified in Nassau County  
Commission Expires November 16, 2019

/s/ Eduardo A. Vargas  
Eduardo A. Vargas  
Debtor *(signature)*

Sworn to before me this 21  
day of August 2018

Notary Public, State of New York

*Reminder: No amendment of schedules is effective until proof of service in accordance with EDNY LBR 1009-1(b) has been filed with the Court.*

If this amendment is filed prior to the expiration of the time period set forth in Fed. R. Bankr. P. 4004 and 4007, it will be deemed to constitute a motion for a 30-day extension of the time within which any added creditors may file a complaint to object to the discharge of the debtor and/or to determine dischargeability. This motion will be deemed granted without a hearing if no objection is filed with the Court and served on debtor within 10 days following filing of proof of service of this affidavit, all attachments and the amended schedules in accordance with EDNY LRB 1009-1.

Mr. Cooper
8950 Cypress Waters Blvd
Coppell, TX 75019

Mr. Cooper
P.O. Box 619094
Dallas, TX 75261-9741